UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAYNE R. LAKE, et al.,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>MTC FINANCIAL, INC., et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C16-1482JLR<br><br>ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT REGIONAL TRUSTEE SERVICES CORPORATION WITHOUT PREJUDICE |

On April 11, 2017, the court ordered Plaintiffs Wayne R. Lake and Cynthia A. Lake (collectively, "the Lakes") to show cause within 20 days why the court should not dismiss without prejudice their claims against Defendant Regional Trustee Services Corporation ("RTSC") due to the Lakes' failure to serve RTSC within the 90-day timeframe provided in Federal Rule of Civil Procedure 4(m). (Order (Dkt. # 16) at 16-17.) More than 20 days have passed since the court entered its order, but the Lakes have failed to show cause for their lack of service on RTSC. (*See generally* Dkt.)

//

1 | Accordingly, the court hereby DISMISSES without prejudice the Lakes' claims against

2 | RTSC in their entirety.

3 | Dated this 16th day of June, 2017.

JAMES L. ROBART
United States District Judge